

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00784-CV

**KARGES-FAULCONBRIDGE, INC.**,
Appellant

v.

Keath **GARRISON** and Kassie Garrison,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00853
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Irene Rios Justice
              Beth Watkins, Justice

Delivered and Filed: December 11, 2019

DISMISSED

On November 5, 2019, Karges-Faulconbridge, Inc. filed a notice of accelerated appeal from the trial court's order denying Karges-Faulconbridge's motion to dismiss. The record was due November 15, 2019, ten days after the notice of appeal was filed. *See* TEX. R. APP. P. 35.1(b). The Bexar County District Clerk filed a notification stating the clerk's record was not filed because appellant had not paid or made arrangements to pay the clerk's fee to prepare the record and is not entitled to appeal without paying the fee. We therefore ordered Karges-Faulconbridge, Inc. to provide written proof to this court by November 27, 2019, that the clerk's fee for preparation of

the record has been paid or that it is entitled to appeal without prepayment of the clerk's fee. We advised appellant that if it failed to respond satisfactorily within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 37.3(b); 42.3(c). Karges-Faulconbridge, Inc. has not filed proof of payment or any other response to our order, and the clerk's record has not been filed.

We therefore **order** this appeal dismissed.

PER CURIAM